### FENDER *v.* VALDOSTA LUMBER COMPANY.

FISH, C. J. The only grounds of the motion for a new trial being that the verdict was contrary to law and the evidence, and the evidence being sufficient to support the verdict, there was no error in overruling the motion.        *Judgment affirmed. All the Justices concur.*

Submitted May 25,—Decided July 10, 1907.

Claim.    Before Judge Mitchell.    Lowndes superior court. June 1, 1906.

*G. A. Whitaker,* for plaintiff in error.

*Woodward & Smith, T. H. McKey,* and *O. M. Smith,* contra.